IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **MONICA SALINAS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:15-cv-434 |
| § | **Jury Demanded** |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| *Defendant*. § | |

**PLAINTIFF'S BINDING STIPULATION ON DAMAGES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**Plaintiff**, MONICA SALINAS, by and through her counsel of record, stipulates and agrees that Plaintiff shall not seek, plead or recover, by judgment or otherwise, damages, including attorney fees, against Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY exceeding the sum of Seventy-five Thousand and 00/100 Dollars ($75,000.00), the amount in controversy, exclusive of interest and costs. *See* **Exhibit 1**, *Plaintiff's First Amended Original Petition and Binding Stipulation on Damages*.

                  Respectfully submitted,

                  By:  */s/Carlos Macias*
                      Carlos Macias
                      Attorney-in-Charge
                      SBN: 24037012
                      Federal ID:   34281
                      *E-Mail: Maciaslawoffice@yahoo.com*
                      515 Pecan Blvd.
                      McAllen, Texas 78501
                      Tel.: (956) 630-1133
                      Fax: (956) 630-3144
                      Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

     I certify that on October 26, 2015, a true and correct copy of *Plaintiff's Binding Stipulation as to Damages* was served on Rosemary Conrad Sandoval electronically at (956) 386-1625 and the electronic transmission was reported as complete.

                                                      */s/Carlos Macias*
                                                      Carlos Macias