IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MONICA SALINAS | § § § | |
| VS. | § § § | CIVIL ACTION NO. 7:15-cv-434 |
| | § § | JURY DEMAND |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Monica Salinas and Defendant, Allstate Vehicle and Property Insurance Compnay, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On September 08, 2015, Plaintiff, Monica Salinas sued Defendant.

2. Plaintiff, Monica Salinas, moves to dismiss her suit.

3. Defendant agrees to the dismissal of Monica Salinas' claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Monica Salinas' case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

_____
CARLOS MACIAS

1

Federal ID No.34281
State Bar No.24037012
515 W. Pecan
McAllen, Texas 78501
Telephone (956) 630-1133
Telecopier (956) 630-3144

Of Counsel :

**MACIAS LAW FIRM**

*/s/ Rosemary Conrad-Sandoval*
_____
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Carlos Macias
MACIAS LAW FIRM
515 W. Pecan
McAllen, Texas 78501

on this ___7th___ day of November, 2016.

*/s/ Rosemary Conrad-Sandoval*
_____
*ROSEMARY CONRAD-SANDOVAL*