United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MONICA SALINAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-434 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, Monica Salinas' claims asserted against

Defendant, Allstate Vehicle and Property Insurance Company with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be

paid by the party incurring same.

SO ORDERED this 8th day of November, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge